**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock  
Probation Officer: Justine Kozak  

Date: August 2, 2012  
Time: 23 minutes  
Interpreter: n/a  

**CASE NO. 11-CR-00512-PAB-02**

<u>Parties</u>

<u>Counsel</u>

**UNITED STATES OF AMERICA,**

Richard Hosley

     Plaintiff,

vs.

**2. RICHARD CASIAS,**

Edward Harris

     Defendant.

---

**SENTENCE**

---

**1:43 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

**1:46 p.m.** Bench conference.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #40) is **GRANTED**.

**ORDERED:** Transcript of proceedings held at the bench shall be **SEALED**.

Mr. Harris addresses sentencing.

Mr. Hosley addresses sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **April 5, 2012** to counts **1 and 4 of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **41** months as to counts 1 and 4, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons **NOT** place the defendant at **any facilities in Colorado.**

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years as to counts 1 and 4, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.

    (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
    (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
    ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
    (**X**) Defendant shall undergo a substance abuse evaluation and participate in and successfully complete a program of testing and/or treatment for substance abuse as deemed necessary and as approved by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
    (**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
    (**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist. The defendant shall cooperate with random blood tests. That is recommended and requested by his treating psychiatrist and/or supervising probation office to ensure that a therapeutic level of his prescribed medications is maintained.
    (**X**) The **special assessment** obligation is due immediately. Any unpaid balances upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at lease 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment)

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion to Dismiss the Indictment is will be **GRANTED**, upon the filing of the appropriate motion**.**

Page Four
11-CR-00512-PAB-02
August 2, 2012

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:05 p.m.**     **COURT IN RECESS**

**Total in court time:**     **23 minutes**

**Hearing concluded**